

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SUFFOLK REGIONAL OFFICE

February 1, 2024

**Via ECF**
The Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

Re: *Irizarry v. McCarthy et. al.,* No. 23 CV 7558 (AYS)

Dear Magistrate Judge Shields:

This office represents Defendant State of New York in the above-referenced matter. In addition, this office received a request for representation from Defendant Thomas McCarthy under Public Officers Law Section 17. I submit this letter on behalf of all parties to advise the Court that Mr. McCarthy has died, prior to any determination of his request for representation.

Given his passing, it is respectfully requested that this matter be adjourned for 90 days in order to afford time for an administrator to be appointed for the estate and a suitable representative to appear in his stead in this action.

Thank you in advance for your time and attention to this issue.

Respectfully,

*Susan M. Connolly*

SUSAN M. CONNOLLY
Assistant Attorney General

To: *all parties via ecf*