

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SUFFOLK REGIONAL OFFICE

January 2, 2025

**Via ECF**
The Honorable Anne Y. Shields
United States District Court Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

Re: *Irizarry v. MacCarthy et. al.,* No. 23 CV 7558 (NJC)(AYS)

Dear Judge Shields:

By means of this letter I respectfully request an extension of time to respond to the Amended Complaint filed by Plaintiff. On October 30, 2024, this Court granted Plaintiff's motion to substitute Alejandra Alvarez-Morales, widow of defendant Thomas MacCarthy, in this matter as executor of Mr. MacCarthy's estate. On November 1, 2024, a new Amended Complaint was filed, *see* Doc. No. 22. Ms. Alvarez-Morales requested representation by my office. Your Honor granted my request on consent of counsel for January 3, 2024 as the date on which to respond to the Amended Complaint. However, it has become clear that with the holidays and issues regarding our representation of the estate that a brief additional time to answer is needed.

I therefore respectfully ask that Your Honor extend one week to set January 10, 2025 as the deadline for our responses to the Amended Complaint. Thank you in advance for your time and attention to this issue.

Respectfully,

*Susan M. Connolly*

SUSAN M. CONNOLLY
Assistant Attorney General

To: *all parties via ecf*