

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES　　　　　　　　　　　　　　　　　　　　　　　　　　　DIVISION OF REGIONAL OFFICES
ATTORNEY GENERAL　　　　　　　　　　　　　　　　　　　　　　　　　　　SUFFOLK REGIONAL OFFICE

March 26, 2025

**Via ECF**
The Honorable Anne Y. Shields
United States District Court Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

　　　　Re: *Irizarry v. MacCarthy et. al.,* No. 23 CV 7558 (NJC)(AYS)

Dear Judge Shields:

　　　　By means of this letter I respectfully request an extension of time for the completion of Phase I discovery until May 15, 2025. This is the first such request. This is based on the fact that I am leaving the Office of the Attorney General, and a new attorney will be taking over and needs to come up to speed with the case, among others. Counsel for plaintiff has consented to this request. If acceptable to the Court we propose that both the status conference date and the date to add defendants or amend pleadings are extended accordingly, as follows:

　　　　Completion of Phase I discovery – May 15, 2025
　　　　Status conference – June 1, 2025
　　　　Add defendants or amend pleadings – June 20, 2025

　　　　Thank you in advance for your time and attention to this issue.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　　*Susan M. Connolly*

　　　　　　　　　　　　　　　　　　　　　　　　SUSAN M. CONNOLLY
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

To:　all parties via ecf